UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJON MARQUIS DOUGLAS, | No. 2:23-cv-2280 DJC SCR PS |
| Plaintiff, | |
| v. | ORDER |
| SONY GROUP CORPORATION, et al., | |
| Defendants. | |

On October 10, 2023, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On April 19, 2024, Magistrate Judge Deborah Barnes dismissed the complaint with leave to amend within 28 days of the date of the order. ECF No. 3. Plaintiff has not filed an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails

////

////

////

////

1

to respond, the court will recommend dismissal of this case pursuant to Rule 41(b) and Local Civil Rule 110.

SO ORDERED.

DATED: September 16, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE