UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANJON MARQUIS DOUGLAS, | No. 2:23-cv-2280 DJC SCR PS |
|---|---|
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| SONY GROUP CORPORATION, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by Eastern District Local Rule 302(c)(21).

On October 10, 2023, Plaintiff filed a complaint and a motion to proceed in forma pauperis (IFP). ECF Nos. 1 and 2. On April 19, 2024, Magistrate Judge Deborah Barnes was unable to grant the pending IFP motion because plaintiff's complaint was deficient. ECF No. 3 at 1. Accordingly, Magistrate Judge Barnes dismissed the complaint with leave to amend within twenty-eight days of the date of the order. ECF No. 3 at 5. The order further cautioned that failure to comply with the order may result in the recommendation that this case be dismissed. *Id*. Plaintiff did not file an amend complaint.

On September 17, 2024, about four months after the deadline had passed, the court issued an order to show cause within 14 days why this case should not be dismissed for failure to prosecute. ECF No. 5. Plaintiff has not responded to the court's orders, nor taken any actions to

1

prosecute this case.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Here consideration of the factors favors dismissal without prejudice because plaintiff has failed to comply and respond to the Court's attempts to move the case forward and has not provided an excuse for the lack of compliance, attempts to use less drastic measures, such as issuing an order to show cause after the passage of time to file an amended complaint proved unsuccessful, and the case simply cannot move forward without plaintiff's participation.

Because deficiencies in the complaint have not been resolved, the court will deny the motion to proceed IFP. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1115 (9th Cir. 1998) (quoting Tripati v. First Nat. Bank & Trust, 821 F.2d 1368, 1370 (9th Cir. 1987)) ("'A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit.'").

Accordingly, **IT IS ORDERED** that the IFP motion (ECF No. 2) be DENIED.

**IT IS RECOMMENDED** that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file

////

////

////

objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 15, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE